**NOT FOR PUBLICATION**

FILED

UNITED STATES COURT OF APPEALS

JUN 30 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANGEL NICOLAS COLIN ENZANA, | No. 15-73848 |
| Petitioner, | Agency No. A099-579-787 |
| v. | |
| JEFFERSON B. SESSIONS III, Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 26, 2017**

Before: BEA, PAEZ, and MURGUIA, Circuit Judges.

Angel Nicolas Colin Enzana, native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from the immigration judge's decision denying his application for asylum, withholding of removal, and relief under the Convention Against Torture ("CAT"). We have

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's factual findings, *Silaya v. Mukasey*, 524 F.3d 1066, 1070 (9th Cir. 2008), and we deny the petition for review.

Colin Enzana's request for judicial notice is denied. *See Fisher v. INS*, 79 F.3d 955, 963 (9th Cir. 1996) (en banc).

Substantial evidence supports the agency's denial of Colin Enzana's CAT claim because he failed to establish it is more likely than not he would be tortured by or with the consent or acquiescence of the government of Mexico. *See Silaya*, 524 F.3d at 1073; *Zheng v. Holder*, 644 F.3d 829, 835-36 (9th Cir. 2011) (claims of possible torture were speculative). We reject Colin Enzana's contentions that the agency applied an incorrect legal standard or otherwise erred in its analysis. Thus, his CAT claim fails.

**PETITION FOR REVIEW DENIED.**